DORIS MCKINNEY GAMBRELL, ET AL. v. ARTHUR M. MARTIN, JR., ET AL.

June 27, 1989.

Petition for certification denied.

BAKER INDUSTRIES, INC., ETC., ET AL. v. GELCO CORPORATION, ET AL.

June 27, 1989.

Petition for certification denied.

IN THE MATTER OF THE ADDITIONAL SITING CONSIDERATION ADOPTED BY THE NEW JERSEY HAZARDOUS WASTE FACILITIES SITING COMMISSION.

June 27, 1989.

Petition for certification denied.

WAYNE E. PICKERING v. BOARD OF EDUCATION OF THE BOROUGH OF NORTH PLAINFIELD.

June 27, 1989.

Petition for certification denied.